Filed 6/5/14  In re T.A. CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| In re T.A., a Person Coming Under the Juvenile Court Law. | D065347 |
| SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY, | |
| Plaintiff and Respondent, | (Super. Ct. No. EJ3486) |
| v. | |
| R.M. et al., | |
| Defendants and Appellants. | |

APPEALS from an order of the Superior Court of San Diego County, Elizabeth A. Riggs, Judge.  Dismissed.

Christy C. Peterson, under appointment by the Court of Appeal, for Defendant and Appellant R.M.

Patti L. Dikes, under appointment by the Court of Appeal, for Defendant and Appellant M.A.

Thomas E. Montgomery, County Counsel, John E. Philips, Chief Deputy County Counsel, and Lisa M. Maldonado, Deputy County Counsel, for Plaintiff and Respondent.

R.M. and M.A. are the parents of T.A., who was 17 years old when the San Diego County Health and Human Services Agency (Agency) filed the underlying dependency petition. The parents appealed the juvenile court's dispositional order removing custody of T.A. from them. The Agency moved to dismiss the appeals as moot because T.A. has since turned 18 and the juvenile court has terminated jurisdiction over her.[1] The parents do not oppose the Agency's motion. We grant the Agency's motion and dismiss the appeals as moot. (See *In re C.C.* (2009) 172 Cal.App.4th 1481, 1488 ["As a general rule, an order terminating juvenile court jurisdiction renders an appeal from a previous order in the dependency proceedings moot."].)

DISPOSITION

The appeals are dismissed.

O'ROURKE, J.

WE CONCUR:

McDONALD, Acting P. J.

AARON, J.

---

[1] We grant the Agency's request to take judicial notice of the juvenile court's May 14, 2014, order terminating jurisdiction. (See, e.g., *In re Karen G.* (2004) 121 Cal.App.4th 1384, 1390.)